[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11756
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 6, 2011
JOHN LEY
CLERK

D.C. Docket No. 8:01-cr-00180-EAK-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEC V. MATHEWS,
a.k.a. Alex Matthews,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 6, 2011)

Before TJOFLAT, BARKETT and FAY, Circuit Judges.

PER CURIAM:

Alec Mathews, a federal prisoner acting pro se, appeals from the denial of

his motion to file a second direct appeal out of time. Although we previously affirmed Mathews' drug and firearm convictions on direct appeal in 2003, he now argues that he should be permitted to file a second direct appeal out of time, because the district court failed to notify him that it had denied his motion—filed after trial but before sentencing—to obtain an expert evaluation of a videotape introduced by the government at his trial. However, Mathews' argument fails because the record establishes that he did in fact receive actual notice of the district court's denial of his motion, as he expressly acknowledged the denial at his sentencing hearing. Accordingly, we affirm.

**AFFIRMED.**